UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GAREY, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

PIXELS.COM, LLC,

    Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/2019

Case No. 1:19-cv-00387-JGK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Queens, New York
             June 20, 2019

By: */s/ Jonathan Shalom*
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
718-971-9474
*ATTORNEYS FOR PLAINTIFF*

By: */s/ Bruce B. Paul*
Bruce B. Paul, Esq.
STITES & HARBISON PLLC
323 East Court Avenue
Jeffersonville, IN 47130
812-282-7566
*ATTORNEYS FOR DEFENDANT*

**SO ORDERED:**

6/24/19

_____
U.S.D.J.